UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 19-24929-GLT

Robert L. Johnson, III and Regina W. Johnson                        Chapter 13

    Debtor(s)

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                         Bankr. Case No. 19-24929-GLT

Robert L. Johnson, III and Regina W. Johnson                               Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

    Kenneth M. Steinberg                             Ronda Winnecour
    Suite 2830 Gulf Tower.                            600 Grant Street
    707 Grant Street                                        Suite 3250 USX Tower
                                                                  Pittsburgh, PA 15219

                                                                  By  /s/ Lorenzo Nunez
                                                                       Lorenzo Nunez

xxxxx27934 / 1009406