**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In Re: Robert L. Johnson, III and Regina W. Johnson | Chapter: 13 |
|---|---|
| | Bankruptcy No.: 19-24929-GLT |
| Debtors | 11 U.S.C. § 362 |

Quicken Loans, LLC

                                     Movant

                      vs.

Robert L. Johnson, III and Regina W. Johnson

                                    Debtors

                      and

Ronda J. Winnecour, Esquire

                                     Trustee

                                 RESPONDENTS

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)**

    To the Debtors, Trustee, All Creditors and All Other Interested Parties:

    Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, Quicken Loans, LLC, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

    PLEASE TAKE NOTICE that the undersigned attorney requests that s/he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices give or required to be given in this case, be given to and served upon the undersigned.

    PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

| MAIL TO: | Respectfully submitted, |
|---|---|
| 115 West Avenue, Suite 104 | |
| Jenkintown, PA 19046 | /s/ Chandra M. Arkema |
| | Richard M. Squire, Esq. (PA I.D. # 04267) |
| | M. Troy Freedman, Esq. (PA I.D. # 85165) |
| | Chandra M. Arkema, Esq. (PA I.D. # 203437) |
| | One Jenkintown Station, Suite 104 |
| | 115 West Avenue |
| | Jenkintown, PA 19046 |
| | 215-886-8790 |
| | 215-886-8791 (FAX) |
| | rsquire@squirelaw.com |
| | tfreedman@squirelaw.com |
| | carkema@squirelaw.com |

Dated: October 19, 2020

01617-1/CMA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Robert L. Johnson, III and Regina W. Johnson<br><br>                              Debtors | Chapter: 13<br><br>Bankruptcy No.: 19-24929-GLT<br>11 U.S.C. § 362 |

Quicken Loans, LLC

                                         Movant

                      vs.

Robert L. Johnson, III and Regina W. Johnson

                                         Debtors

                      and

Ronda J. Winnecour, Esquire

                                         Trustee

                              RESPONDENTS

**CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance and Request for Notice(s) electronically and/or via First Class Mail, postage prepaid.

Date Served:   10/19/2020

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

United States Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Robert L. Johnson, III
1442 Center Street
Pittsburgh, PA 15221

Regina W. Johnson
1442 Center Street
Pittsburgh, PA 15221

01617-1/CMA

Kenneth M. Steinberg
707 Grant Street
Suite 2830 Gulf Tower.
Pittsburgh, PA 15219

    I hereby certify the foregoing to be true and correct under penalty of perjury.

    Respectfully submitted,

    <u>/s/ Chandra M. Arkema</u>
Richard M. Squire, Esq. (PA I.D. # 04267)
M. Troy Freedman, Esq. (PA I.D. # 85165)
Chandra M. Arkema, Esq. (PA I.D. # 203437)
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
carkema@squirelaw.com

01617-1/CMA