IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-24929 GLT |
| | ) | Chapter 13 |
| Robert L. Johnson III | ) | Related Docket No.49 |
| Regina W. Johnson, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Robert L. Johnson III | ) | |
| Regina W. Johnson, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**REPORT OF FINANCING**

AND NOW, come the Debtors, Robert L. Johnson III and Regina W. Johnson, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On August 3, 2022, this Honorable Court entered an order at Docket No.49, approving the Debtors request to finance a new vehicle

2. The Debtors purchased a 2020 Nissan Altima on October 13, 2022.

3. The vehicle was purchased from #1 Cochran Monroeville on October 13, 2022.

4. The Debtors obtained financing from Clearview Federal Credit Union at 8805 University Boulevard, Moon Township, PA 15108

5. The amount of the loan was $17,870.62

      6.      The loan interest rate is 16.440%.

      7.      The monthly loan payment is $428.00 for 63 months.

      8.      The monthly loan payments begin November 26, 2022.

      9.      The Debtors will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtors, Robert L. Johnson III and Regina W. Johnson, respectfully file this Report of Financing.

                                    Respectfully submitted,

<u>October 25, 2022</u>                <u>/s/ Christopher M. Frye</u>
DATE                              Christopher M. Frye, Esquire
                                    Attorney for the Debtor(s)

                                    STEIDL & STEINBERG
                                    Suite 2830 – Gulf Tower
                                    707 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 391-8000
                                    chris.frye@steidl-steinberg.com
                                    PA I.D. No. 208402