IN THE UNITED STATES BANKRUPTCY
COURT WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-24929 GLT |
| | ) | Chapter 13 |
| Robert L. Johnson III | ) | Docket No. |
| Regina W. Johnson, | ) | |
|     *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Robert L. Johnson III | ) | |
| Regina W. Johnson, | ) | |
|     *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|     *Respondents* | ) | |

## **SETTLEMENT AND CERTIFICATIONREGARDING CONSENT ORDER APPROVING THE DEBTORS TO FINANCE A NEW VEHICLE**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the

None. (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

> An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X    No other order has been filed pertaining to the subject matter of this agreement.

    The attached document does not require a proposed order.

Respectfully submitted,

October 5, 2020
Date

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
28th Floor – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
412-391-8000
PA ID # 34965
ken.steidl@steidl-steinberg.com