IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-24929 GLT |
| | Chapter 13 |
| Robert L. Johnson III | Related Docket No. 56 |
| Regina W. Johnson, | |
| *Debtor(s)* | |
| | Hearing Date and Time: |
| | December 1, 2022 at 9:00 AM |

**CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO PLAN DATED 01/22/2020 AND AMENDED CHAPTER 13 PLAN DATED 10/25/2022**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) October 25, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

|  |  |
|---|---|
|  | Respectfully submitted, |
| October 25, 2022 | /s/ Christopher M. Frye |
| DATE | Christopher M. Frye, Esquire |
|  | Attorney for the Debtor(s) |
|  | STEIDL & STEINBERG |
|  | Suite 2830 – Gulf Tower |
|  | 707 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | (412) 391-8000 |
|  | chris.frye@steidl-steinberg.com |
|  | PA I.D. No. 208402 |

```
Label Matrix for local noticing          ACAR Leasing LTD d/b/a GM Financial Leasing    ACAR Leasing LTD dba GM Financial Leasing
0315-2                                    PO Box 183853                                  PO Box 183853
Case 19-24929-GLT                         Arlington TX 76096-3853                        Arlington, TX 76096-3853
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Oct 25 14:14:57 EDT 2022

Chandra Marie Arkema                      CITIBANK, N.A.                                 Capital One
435 Dudley Street                         NewRez LLC d/b/a Shellpoint Mortgage           Attn: Bankruptcy
Philadelphia, PA 19148-2516               P.O. Box 10826                                 Po Box 30285
                                          Greenville  SC 29603-0826                     Salt Lake City, UT 84130-0285


Capital One                               Capital One Bank (USA), N.A.                   Cavalry SPV I, LLC
PO Box 71083                              by American InfoSource as agent                500 Summit Lake Drive, Ste 400
Charlotte, NC 28272-1083                  PO Box 71083                                   Valhalla, NY 10595-2321
                                          Charlotte, NC  28272-1083


(p)JPMORGAN CHASE BANK  N A               Chase Card Services                            Citibank, N.A.
BANKRUPTCY MAIL INTAKE TEAM               PO  Box 1423                                   Robertson, Anschutz, Schneid & Crane LLC
700 KANSAS LANE FLOOR 01                  Wilmington, DE 19899-1423                      10700 Abbotts Bridge Road, Suite 170
MONROE LA 71203-4774                                                                     Duluth, GA 30097-8461


Michael John Clark                        Clearview Federal Credit Union                 Discover Bank
Richard M. Squire & Associates, LLC       8805 University Boulevard                      Discover Products Inc
115 West Avenue                           Moon Township, PA 15108-4212                   PO Box 3025
Suite 104                                                                                New Albany, OH  43054-3025
Jenkintown, PA 19046-2031


(p)DISCOVER FINANCIAL SERVICES LLC        Discover Financial                             Duquesne Light Company
PO BOX 3025                               PO Box 742655                                  c/o Bernstein-Burkley, P.C.
NEW ALBANY OH 43054-3025                  Cincinnati, OH 45274-2655                      707 Grant Street, Suite 2200, Gulf Tower
                                                                                         Pittsburgh, PA 15219-1945


Keri P. Ebeck                             Christopher M. Frye                            Home Depot
Bernstein-Burkley                         Steidl & Steinberg                             PO Box 9001010
601 Grant Street, 9th Floor               Suite 2830 Gulf Tower                          Louisville, KY 40290-1010
Pittsburgh, PA 15219-4430                 707 Grant Street
                                          Pittsburgh, PA 15219-1908


Internal  Revenue Service                 JPMorgan Chase Bank, N.A.                      (p)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7346                               s/b/m/t Chase Bank USA, N.A.                   PO BOX 7999
Philadelphia, PA 19101-7346               c/o National Bankruptcy Services, LLC          SAINT CLOUD MN 56302-7999
                                          P.O. Box 9013
                                          Addison, Texas 75001-9013


Regina W. Johnson                         Robert L. Johnson III                          Steven P Kelly
1442 Center Street                        1442 Center Street                             Stern & Eisenberg, P.C.
Pittsburgh, PA 15221-1904                 Pittsburgh, PA 15221-1904                      1581 Main Street
                                                                                         Suite 200
                                                                                         Warrington, PA 18976-3403


Mercury/FBT                               Mercury/FBT                                    Midland Credit Management, Inc.
1415 Warm Springs Rd                      Attn: Bankruptcy                               PO Box 2037
Columbus, GA 31904-8366                   PO Box 71068                                   Warren, MI 48090-2037
                                          Philadelphia, PA 19176
```

```
New Residential Mortgage Loan Trust 2019-1      New Residential Mortgage Loan Trust 2019-1      New Residential Mortgage Loan Trust 2019-1
c/o Stern & Eisenberg, PC                       c/o Select Portfolio Servicing, Inc.            c/o Select Portfolio Servicing, Inc.
1581 Main Street                                3217 S. Decker Lake Dr.                         P.O. Box 65250
Suite 200                                       Salt Lake City, UT 84119-3284                   Salt Lake City, UT 84165-0250
The Shops at Valley Square
Warrington, PA 18976-3403

Brian Nicholas                                  Nissan Motor Acceptance                         Nissan Motor Acceptance Corporation
KML Law Group, P.C.                             PO Box  742658                                  PO Box 660360
701 Market Street                               Cincinnati, OH 45274-2658                       Dallas, TX 75266-0360
Suite 5000
Philadelphia, PA 19106-1541

Nissan Motor Acceptance Corporation             Nissan Motor Acceptance Corporation             Nissan Motor Acceptance Corporation
PO Box 740596                                   PO Box 740956                                   PO Box 9013
Cincinnati, OH 45274-0596                       Cincinnati, OH 45274-0001                       Addison, Texas 75001-9013

Nissan-Infiniti LT                              Nissan-Infinity LT and NILT Inc.                ONEMAIN
PO Box 9013                                     PO Box 660360                                   P.O. BOX 3251
Addison, Texas 75001-9013                       Dallas, TX 75266-0360                           EVANSVILLE, IN 47731-3251

Office of the United States Trustee             One Main Financial                              OneMain Financial
Liberty Center.                                 Attn: Bankruptcy                                PO Box 1010
1001 Liberty Avenue, Suite 970                  Twin Fountain Plaza                             Evansville, IN 47706-1010
Pittsburgh, PA 15222-3721                       2525 Monroeville Boulevard
                                                Monroeville, PA 15146-2383

(p)PNC BANK RETAIL LENDING                      PRA  Receivables Management LLC                 PRA Receivables Management, LLC
P O BOX 94982                                   POB 41067                                       PO Box 41021
CLEVELAND OH 44101-4982                         Norfolk, VA 23541-1067                          Norfolk, VA 23541-1021

Pennsylvania Department of Revenue              Pennsylvania Dept. of Revenue                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Division                             Department 280946                               PO BOX 41067
P.O. Box 280946                                 P.O. Box 280946                                 NORFOLK VA 23541-1067
Harrisburg, PA 17128-0946                       ATTN: BANKRUPTCY DIVISION
                                                Harrisburg, PA 17128-0946

(p)PREFERRED CREDIT  INC                        Quantum3 Group LLC as agent for                 Quicken Loans
628 ROOSEVELT ROAD SUITE #100                   CreditShop LLC                                  1050 Woodward Ave
SAINT CLOUD MN 56301-4867                       PO Box 788                                      Detroit, MI 48226-3573
                                                Kirkland, WA  98083-0788

Quicken Loans                                   Quicken Loans INC.                              Quicken Loans, LLC
Attn: Bankruptcy                                Bankruptcy Team, 635 Woodward AVE.              635 Woodward Avenue
1050 Woodward Avenue                            Detroit MI 48226-3408                           Detroit, MI 48226-3408
Detroit, MI 48226-3573

SYNCB/PPC                                       SYNCB/PPC                                       Select Portfolio Servicing, Inc
Attn: Bankruptcy                                PO Box 965005                                   10401 Deerwood Park Blvd
PO  Box 965060                                  Orlando, FL 32896-5005                          Jacksonville, FL 32256-5007
Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Synchrony Bank/Sams<br>PO  Box 965005<br>Orlando, FL 32896-5005 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>PO Box 15369<br>Wilmington, DE 19850 |
| Discover Financial<br>Attn: Bankruptcy Department<br>PO Box 15316<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | PNC Bank<br>Attn: Bankruptcy<br>PO Box 856177<br>Louisville, KY 40285 |
| (d)PNC Bank<br>PO Box 3180<br>Pittsburgh, PA 15230 | (d)PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| Preferred Credit Inc<br>PO Box 1970<br>St Cloud, MN 56302 | (d)Preferred Credit, Inc.<br>628 Roosevelt Road, Suite 100<br>Saint Cloud, MN 56301 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ACAR Leasing LTD dba GM Financial Leasing<br>P.O Box 183853<br>Arlington, TX 76096-3853 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)Nissan-Infiniti LT |

(u)Quicken Loans INC.        (u)Rocket Mortgage, LLC f/k/a Quicken Loans,        End of Label Matrix
                                                                                 Mailable recipients    68
                                                                                 Bypassed recipients     5
                                                                                 Total                  73