PAWB FORM 30  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.  19-24929 GLT |
| ) | Chapter 13 |
| Robert L. Johnson III ) | Related Docket No.49 |
| Regina W. Johnson, ) | |
| *Debtor(s)* ) | |
| ) | |
| ) | |
| Robert L. Johnson III ) | |
| Regina W. Johnson, ) | |
| *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondent(s) ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Clearview Federal Credit Union
8805 University Boulevard
Moon Township, PA 15108

Date: <u>October 25, 2022</u>

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No.208402