FILED
10/27/22 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-24929 GLT |
| ) | Chapter 13 |
| Robert L. Johnson III ) | Docket No. |
| Regina W. Johnson, ) | |
|     *Debtor(s)* ) | |
| ) | |
| ) | |
| Robert L. Johnson III ) | Related to Docket No. 60 |
| Regina W. Johnson, ) | |
|     *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
|     *Respondents* ) | |

### **CONSENT ORDER AMENDING CONFIRMATION ORDER DATED AUGUST 4, 2020**

AND NOW, come the Debtors and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on December 31, 2019.
2. The Debtors sought an order permitting post-petition vehicle financing. That order was entered on August 3, 2022 at Doc. 49.
3. Debtors were approved for financing through Clearview Federal Credit Union. The monthly payment is $428.00 and the first payment is due by November 26, 2022. The Debtors will provide the Trustee with the account number.
4. Debtors have filed an amended plan to include the new obligation, but the confirmation hearing scheduled for December 1, 2022.
5. Debtors are desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtors' TFS account will be updated to adequately fund and provide for the newer amended plan figure.
7. The Trustee expects to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. On August 4, 2020, an order confirming Debtors' plan dated January 22, 2020, is hereby amended to include, under Part "1.H." the following: The

Trustee is authorized to pay adequate protection payments to Clearview Federal Credit Union in the monthly sum of $428.00 beginning with the first payment due November 26, 2022, and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Christopher M. Frye
Christopher M. Frye,
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone
Attorney for Trustee

So Ordered:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

DATED: October 27, 2022

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert L. Johnson, III  
Regina W. Johnson  
    Debtors

Case No. 19-24929-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 27, 2022      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Johnson, III, Regina W. Johnson, 1442 Center Street, Pittsburgh, PA 15221-1904 |
| cr | + | New Residential Mortgage Loan Trust 2019-1, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 15285432 | + | CITIBANK, N.A., NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |
| 15177291 | + | Chase Card Services, PO Box 1423, Wilmington, DE 19899-1423 |
| 15177301 | | Mercury/FBT, Attn: Bankruptcy, PO Box 71068, Philadelphia, PA 19176 |
| 15177302 | + | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 15177303 | + | Nissan Motor Acceptance Corporation, PO Box 740596, Cincinnati, OH 45274-0596 |
| 15177305 | + | Nissan Motor Acceptance Corporation, PO Box 740956, Cincinnati, OH 45274-0001 |
| 15177306 | + | Nissan-Infinity LT and NILT Inc., PO Box 660360, Dallas, TX 75266-0360 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 27 2022 23:39:00 | Citibank, N.A., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:41:54 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 27 2022 23:42:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2022 23:40:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15188528 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2022 23:39:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 15282688 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2022 23:39:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15177289 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:41:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15177288 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:42:15 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194230 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:41:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15198859 | + | Email/Text: bankruptcy@cavps.com | Oct 27 2022 23:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 19-24929-GLT   Doc 62   Filed 10/29/22   Entered 10/30/22 00:25:17   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15528505 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 27 2022 23:39:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15177296 | | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:39:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 15179695 | | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15213069 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 27 2022 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:41:31 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15177299 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2022 23:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15208404 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2022 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15177292 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 23:42:14 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15177290 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 23:41:49 | Chase Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15196309 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 27 2022 23:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15177300 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 27 2022 23:39:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15201738 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2022 23:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15208507 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 23:40:00 | New Residential Mortgage Loan Trust 2019-1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15179245 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 23:40:00 | New Residential Mortgage Loan Trust 2019-1, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15177304 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 27 2022 23:39:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 15190243 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 27 2022 23:39:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15194114 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 27 2022 23:39:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15181233 | | Email/PDF: cbp@onemainfinancial.com | Oct 27 2022 23:41:47 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15177307 | + | Email/PDF: cbp@onemainfinancial.com | Oct 27 2022 23:41:24 | One Main Financial, Attn: Bankruptcy, Twin Fountain Plaza, 2525 Monroeville Boulevard, Monroeville, PA 15146-2383 |
| 15177308 | + | Email/PDF: cbp@onemainfinancial.com | Oct 27 2022 23:41:47 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15177310 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2022 23:39:00 | PNC Bank, Attn: Bankruptcy, PO Box 856177, Louisville, KY 40285 |
| 15177309 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2022 23:39:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15200085 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2022 23:39:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15508971 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:41:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15177311 | | Email/Text: banko@preferredcredit.com | Oct 27 2022 23:39:00 | Preferred Credit Inc, PO Box 1970, St Cloud, MN 56302 |
| 15206233 | | Email/Text: banko@preferredcredit.com | Oct 27 2022 23:39:00 | Preferred Credit, Inc., 628 Roosevelt Road, Suite 100, Saint Cloud, MN 56301 |
| 15210439 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 23:39:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15177313 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2022 23:40:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15177312 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2022 23:40:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15196510 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2022 23:40:00 | Quicken Loans INC., Bankruptcy Team, 635 Woodward AVE., Detroit MI 48226-3408 |
| 15177316 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:19 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15177317 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:16 | SYNCB/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15177314 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 23:40:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15177315 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 23:40:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15210623 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15178013 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177319 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15177318 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:55 | Synchrony Bank/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 15177320 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:29 | Synchrony Bank/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15177321 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:19 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 530942, Atlanta, GA 30353-0942 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan-Infiniti LT |
| cr | | Quicken Loans INC. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177297 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 15177295 | *+ | Discover Financial, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15177293 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 15199123 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15177294 | ##+ | Discover Financial, PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 3 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 59

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor Nissan-Infiniti LT bnicholas@kmllawgroup.com

Chandra Marie Arkema
on behalf of Creditor Quicken Loans LLC tuhawkeye@msn.com, carkema@squirelaw.com

Christopher M. Frye
on behalf of Joint Debtor Regina W. Johnson chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
on behalf of Debtor Robert L. Johnson III chris.frye@steidl-steinberg.com,
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Michael John Clark
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@squirelaw.com

Michael John Clark
on behalf of Creditor Quicken Loans LLC mclark@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Steven P Kelly
on behalf of Creditor New Residential Mortgage Loan Trust 2019-1 skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
on behalf of Creditor Quicken Loans INC. pawb@fedphe.com

TOTAL: 11