**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ROBERT L. JOHNSON, III | Case No. 19-24929GLT |
| REGINA W. JOHNSON | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| NISSAN MOTOR ACCEPTANCE CORP | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

DEBTORS COUNSEL HAS INFORMED TRUSTEE THAT VEHICLE HAS BEEN TOTALED

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORP | Court claim# 5/Trustee CID# 5 |
| POB 660366 | |
| DALLAS, TX 75266-0366 | |

The Movant further certifies that on 11/16/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ROBERT L. JOHNSON, III, REGINA W. JOHNSON, 1442 CENTER STREET, PITTSBURGH, PA 15221 | ORIGINAL CREDITOR:<br>NISSAN MOTOR ACCEPTANCE CORP, POB 660366, DALLAS, TX 75266-0366 |
| :<br>CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 9013, ADDISON, TX 75001 | ORIGINAL CREDITOR'S COUNSEL:<br>BONIAL & ASSOCIATES PC, PO BOX 9013, ADDISON, TX 75001 |
| DEBTOR'S COUNSEL:<br>CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA 15219 | |
| NEW CREDITOR: | |