IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert L. Johnson, III and | ) | Bankruptcy No. 19-24929 GLT |
| Regina W. Johnson, | ) | Chapter 13 |
| | ) | Related to Document No(s). 70 and 71 |
| Debtors | ) | |
| | ) | Hearing Date and Time: |
| Robert L. Johnson, III and | ) | May 31, 2023 at 10:00 am |
| Regina W. Johnson, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bernard M. Tully, Esquire and Bernard M. | ) | |
| Tully, LLC and Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTORS NUNC PRO TUNC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Debtors Nunc Pro Tunc filed on April 21, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Debtors Nunc Pro Tunc appears thereon. Pursuant to the Notice of Hearing, objections for Application to Employ Special Counsel for Debtors Nunc Pro Tunc were to be filed and served no later than May 8, 2023.

It is hereby respectfully requested that the Order attached to the Application to Employ Special Counsel for Debtors Nunc Pro Tunc be entered by the Court.

Respectfully submitted,


May 23, 2023_____          /s/Christopher M. Frye_____
Date:                             Christopher M. Frye, Esquire
                                  Attorney for the Debtors
                                  STEIDL & STEINBERG
                                  2830 Gulf Tower
                                  707 Grant Street
                                  Pittsburgh, PA  15219

(412) 391-8000
PA I. D. No.  208402
chris.frye@steidl-steinberg.com