FILED
5/23/23 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 19-24929 GLT |
| Robert L. Johnson ) | |
| Regina W. Johnson, ) | Chapter 13 |
| ) | Docket No. |
| Debtors ) | |
| ) | |
| Robert L. Johnson ) | |
| Regina W. Johnson, ) | |
| ) | |
| Movants ) | Related to Docket No. 70 |
| ) | |
| Vs. ) | |
| ) | |
| Bernard M. Tully, Esquire and Bernard M. ) | |
| Tully, LLC and, Ronda J. Winnecour, ) | |
| Trustee, ) | |
| ) | |
| Respondents ) | |

### ORDER EMPLOYING SPECIAL COUNSEL NUNC PRO TUNC

AND NOW, this  23rd Day of May, 2023   upon consideration of the *APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL FOR DEBTORS NUNC PRO TUNC*, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Application is hereby approved nunc pro tunc as of the date the of the engagement agreement between the Debtor and special counsel.

2. Bernard M. Tully, Esquire and Bernard M. Tully, LLC, The Grant Building, Suite 3201, 310 Grant Street, Pittsburgh, PA 15219 is hereby appointed as *Special Counsel* for the Estate/Debtor pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced Motion/Application for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting a workers compensation as referenced to in the foregoing Motion/Application, *provided however,* no settlement of any claim is to occur without prior Court Order after notice and hearing.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including:  the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances , the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-24929-GLT
Robert L. Johnson, III  Chapter 13
Regina W. Johnson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: May 23, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Johnson, III, Regina W. Johnson, 1442 Center Street, Pittsburgh, PA 15221-1904 |
| sp | + | Bernard M. Tully, Bernard M. Tully, LLC, The Grant Building, Ste. 3201, 310 Grant St., Pittsburgh, PA 15219-2301 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

**Name**        **Email Address**

Brian Nicholas
    on behalf of Creditor Nissan-Infiniti LT bnicholas@kmllawgroup.com

Chandra Marie Arkema
    on behalf of Creditor Quicken Loans LLC tuhawkeye@msn.com, carkema@squirelaw.com

Christopher M. Frye
    on behalf of Debtor Robert L. Johnson III chris.frye@steidl-steinberg.com,
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com

Christopher M. Frye
    on behalf of Joint Debtor Regina W. Johnson chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com

Keri P. Ebeck

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michael John Clark
    on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com

Michael John Clark
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor New Residential Mortgage Loan Trust 2019-1 skelly@sterneisenberg.com  bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Quicken Loans INC. pawb@fedphe.com


TOTAL: 11