IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert L. Johnson III | ) | Bankruptcy No. 19-24929 GLT |
| Regina W. Johnson, | ) | Chapter 13 |
| | ) | Related to Document No(s). 80 and 81 |
| Debtor | ) | |
| | ) | Hearing Date and Time: |
| Robert L. Johnson III | ) | August 9, 2023 at 10:00 am |
| Regina W. Johnson, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nationwide Mutual Insurance Company and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF PERSONAL INJURY SETTLEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Personal Injury Settlement filed on June 28, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval of Personal Injury Settlement appears thereon. Pursuant to the Notice of Hearing, objections for Motion for Approval of Personal Injury Settlement were to be filed and served no later than July 17, 2023.

It is hereby respectfully requested that the Order attached to the Motion for Approval of Personal Injury Settlement be entered by the Court.

Respectfully submitted,

July 19, 2023_____              /s/Christopher M. Frye_____
Date:                                     Christopher M. Frye, Esquire
                                          Attorney for the Debtor
                                          STEIDL & STEINBERG
                                          2830 Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA  15219

(412) 391-8000
PA I. D. No.  208402
chris.frye@steidl-steinberg.com