```
                                                            FILED
                                                            8/3/23 10:04 am
          IN THE UNITED STATES BANKRUPTCY COURT             CLERK
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA           U.S. BANKRUPTCY
                                                            COURT - WDPA
```

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| Robert L. Johnson III ) | Bankruptcy No. 19-24929-GLT |
| Regina W. Johnson, ) | Chapter 13 |
| ) | |
| Debtors ) | Related to Dkt. No 80 |
| ) | Hearing: August 9, 2023 at 10 a.m. |
| Robert L. Johnson III, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Nationwide Mutual Insurance Company and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

## ORDER OF COURT

AND NOW, to wit, this 3rd day of August 2023, upon consideration of the Motion for Approval of Personal Injury Settlement ("Motion") it is hereby ORDERED, ADJUDGED, and DECREED, as follows:

1) The settlement in the amount of $18,500.00 to Robert L. Johnson III with respect to the personal injury claim against Nationwide Mutual Insurance Company as described in the Motion is approved.

2) The settlement funds in the amount of $18,500.00 shall be distributed as follows:

   a. $13,900.00 shall be distributed to Robert L. Johnson III pursuant to exemption taken under 11 U.S.C. Section 522(d)(11)(D);

   b. $362.30 shall be distributed to special counsel, Bernard M. Tully, LLC, for cost reimbursement; and

c. $6,160.50 shall be distributed to special counsel, Bernard M. Tully, LLC, for legal fees related to worked performed related to the claim and settlement.

Prepared by:   Christopher Frye, Esq.

**DEFAULT ENTRY**

Dated: August 03, 2023

_____
Gregory L. Taddonio            jah
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert L. Johnson, III  
Regina W. Johnson  
    Debtors

Case No. 19-24929-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Johnson, III, Regina W. Johnson, 1442 Center Street, Pittsburgh, PA 15221-1904 |
| sp | + | Bernard M. Tully, Bernard M. Tully, LLC, The Grant Building, Ste. 3201, 310 Grant St., Pittsburgh, PA 15219-2301 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas  
    on behalf of Creditor Nissan-Infiniti LT bnicholas@kmllawgroup.com

Chandra Marie Arkema  
    on behalf of Creditor Quicken Loans LLC tuhawkeye@msn.com, carkema@squirelaw.com

Christopher M. Frye  
    on behalf of Debtor Robert L. Johnson III chris.frye@steidl-steinberg.com,  
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye  
    on behalf of Joint Debtor Regina W. Johnson chris.frye@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 2 |

ster@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michael John Clark
    on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com

Michael John Clark
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor New Residential Mortgage Loan Trust 2019-1 skelly@sterneisenberg.com  bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Quicken Loans INC. pawb@fedphe.com


TOTAL: 11