FILED
5/12/25 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WITHDRAWAL OF APPEARANCES BY RYAN STARKS IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF ANDREW SPIVACK IN VARIOUS OPEN CASES | Miscellaneous No. 25-00204-GLT<br><br>Related Dkt. No. 2 |

### ORDER OF THE COURT

**AND NOW**, this 12th day of May, 2025, upon the consideration of the Omnibus Joint Motion to Withdraw the Appearance of Ryan Starks and Enter the Appearance of Andrew Spivack, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that the appearance of Ryan Starks as attorney of record in the attached list of cases is WITHDRAWN; and it is further;

**ORDERED, ADJUDGED, AND DECREED** that the appearance of Andrew Spivack of Brock & Scott, PLLC, is ENTERED as counsel of record for the parties formerly represented by Ryan Starks in the attached list of cases, Exhibit "A".

Dated: 5/12/25

_____
Gregory Taddonio    hct
Chief United States Bankruptcy Judge

## **EXHIBIT A**

| Case No. | Case Title | Name of Creditor |
|---|---|---|
| 17-20152-GLT | Barry R. Steede and Janice L. Steede | Wells Fargo Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-BO1 |
| 19-22754-JAD | David C. Custer and Angela F. Custer | Wells Fargo Bank, N.A. |
| 19-23487-GLT | Frederick Struss | Freedom Mortgage Corporation |
| 19-24143-JAD | David Allen Madeley and Donna Dianne Madeley | Santander Bank, N.A. |
| 19-24345-JCM | Sunil K. Muddam | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-24758-GLT | Anna M. Bohn | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2002-HE3 |
| 19-24929-GLT | Robert L. Johnson, III and Regina W. Johnson | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-10012-JCM | David M. Vasconi and Lori Anne Vasconi | Freedom Mortgage Corporation |
| 20-10666-JCM | Christian A. Wegmiller | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-20009-GLT | Michael T Vennum and Denise M Vennum | Freedom Mortgage Corporation |
| 20-20593-GLT | Mark S. Brumbaugh and Amy D. Brumbaugh | Wells Fargo Bank, N.A. |
| 20-20825-GLT | Carol Ann King | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-20960-CMB | Michael D. Parco and Tina M. Parco | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-21047-GLT | Jordan R. Clark | Santander Bank, N.A. |
| 20-21416-CMB | Melissa L. Koontz | CROSSCOUNTRY MORTGAGE, LLC |
| 20-22376-JAD | Richard B. Hereda, II | Village Capital & Investment, LLC |
| 21-10431-JCM | Cassius Ralph Courtney | Wells Fargo Bank, N.A. |
| 21-21599-JAD | Alessandra J. Calhoun | Freedom Mortgage Corporation |
| 21-21922-GLT | John C. Martinec | Freedom Mortgage Corporation |
| 21-22639-CMB | Jill E. Vogel | Deutsche Bank Trust Company Americas, as Indenture Trustee for American Home Mortgage Investment Trust 2006-2 |

| Case No. | Debtor(s) | Creditor |
|---|---|---|
| 22-10475-JCM | Steven Charles Lilley | Nationstar Mortgage LLC |
| 22-20169-JCM | William D. Gephart and Deborah A. Gephart | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2004-KS5 |
| 22-20437-GLT | Regina M. Fiffik | Planet Home Lending, LLC |
| 22-20445-JCM | Jerry W. Malsch | Freedom Mortgage Corporation |
| 22-20767-JAD | Mark D. Maldonado | Freedom Mortgage Corporation |
| 22-21358-JCM | Zachery J. Fryar | Nationstar Mortgage LLC |
| 22-21521-JCM | Troy A. Patton | Freedom Mortgage Corporation |
| 22-21817-CMB | Lindsay H Crow, III | EQUITY RESOURCES, INC. |
| 22-21895-CMB | Megan E Walker | Wells Fargo Bank, N.A. |
| 22-21999-JAD | Richard A. Foster and Leanne M. Foster | Lakeview Loan Servicing, LLC |
| 22-70361-JAD | Eric S Shank | AmeriHome Mortgage Company, LLC |
| 23-10211-JCM | Eric Anthony Lynch and Lindsay Marie Lynch | Freedom Mortgage Corporation |
| 23-10528-JCM | Derek Damon Stewart, Sr. and Sonja Annette Stewart | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc |
| 23-20522-JAD | Jesse Clark Miller and Christie Marie Miller | Freedom Mortgage Corporation |
| 23-20575-JAD | Kelly R. Bender | Freedom Mortgage Corporation |
| 23-20703-GLT | Alan M. Bonamo | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 23-20733-JAD | John Huber and Brooke M. Huber | Nationstar Mortgage LLC |
| 23-20857-GLT | Christine Klingensmith | Reliance First Capital, LLC |
| 23-20980-CMB | Matthew D. Hinerman and Timothy R. Hinerman | Nationstar Mortgage LLC |
| 23-21202-CMB | Jessica R. Fischoff | Pennsylvania Equity Resources, Inc. |
| 23-21255-GLT | Kedric L. Starkey, Sr. | Nationstar Mortgage LLC |

| | | |
|---|---|---|
| 23-21459-JAD | James Michael Izotic and Alexandra Briana Izotic | PHH Mortgage Corporation |
| 23-21606-CMB | Dawn R. Morse | Servion, Inc. |
| 23-21701-JCM | Jenna J. Miller | Freedom Mortgage Corporation |
| 23-21833-CMB | Jason W. Sims and Eva C. Sims | Wells Fargo Bank, N.A. |
| 23-21857-CMB | Jason W. Brobeck and Angela S. Brobeck | Cardinal Financial Company, Limited Partnership |
| 23-22123-GLT | Todd A. Feeney | Nationstar Mortgage LLC |
| 23-22169-GLT | John Henry Beckus | Pennsylvania Equity Resources, Inc. |
| 23-22176-JAD | Rita Marie Duffy and Richard Leo Duffy | Wells Fargo USA Holdings, LLC |
| 23-22200-JAD | Bradley J. Brennan and Dana M. Brennan | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 23-22695-GLT | Jason I Middleby | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 23-22724-GLT | Roni Ann Wise | Lakeview Loan Servicing, LLC |
| 23-22753-CMB | James T. Och, Jr. | Wells Fargo Bank, N.A. |
| 23-22764-JCM | Shawn M. Pangan and Coleen A. Pangan | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 23-22770-JAD | Toya M. Smith-Williams | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2004-RS10 |
| 23-22800-GLT | Justin Henry and Lori Henry | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 23-70013-JAD | Darice J Brady | Freedom Mortgage Corporation |
| 24-10010-JCM | David Butko | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2004-WMC1 Asset-Backed Certificates, Series 2004-WMC1 |
| 24-10063-JCM | William J. Gruver | Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2002-HE1, Mortgage Pass-Through Certificates, Series 2002-HE1 |
| 24-10335-JCM | Krystyn B. Gabler | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |

| Case | Debtor | Creditor |
|---|---|---|
| 24-10373-JCM | Ramiro Rodrigo Rodriguez | U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-6 |
| 24-10501-JAD | Stephen D. Penalvert and Sally A. Penalvert | Freedom Mortgage Corporation |
| 24-10575-JCM | Monroe House, Jr. | Planet Home Lending, LLC |
| 24-10699-JCM | Thomas Richard Dworsky, Jr. and Jessica Castillo Crespo Dworsky | Planet Home Lending, LLC |
| 24-20251-CMB | Ricardo D Dlubak | Freedom Mortgage Corporation |
| 24-20435-CMB | Jeremy B. Shepherd and Jennifer N. Shepherd | Wells Fargo Bank, N.A. |
| 24-20905-JAD | Donald J. Dixon, Jr. | Pennsylvania Equity Resources, Inc |
| 24-21036-GLT | Samantha J. Markwood | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-21086-GLT | Tyrone J. Williams | Freedom Mortgage Corporation |
| 24-21447-CMB | Pamela Denise Hall | Freedom Mortgage Corporation |
| 24-21520-CMB | Ashley M. Myers | Freedom Mortgage Corporation |
| 24-21550-GLT | Kylee K Hostetter | Peritus Portfolio Services II, LLC as servicer for Western Funding |
| 24-21562-JCM | Travis Harakal | Pennsylvania Equity Resources, Inc. |
| 24-22042-JCM | Dennis J. Genard | Freedom Mortgage Corporation |
| 24-22077-GLT | Tami Elewski-Iler | Santander Bank, N.A. |
| 24-22479-CMB | Kathy Y. Resnick | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, fka Norwest Bank Minnesota, National Association, as Trustee for First Union Home Equity Loan Trust 1997-1, Home Equity Loan Asset-Backed Certificates, Series 1997-1 |
| 24-22655-JAD | Wilbert A. Schrader, III | Lakeview Loan Servicing, LLC |
| 24-22679-JAD | Elizabeth Butler | Freedom Mortgage Corporation |

| Case No. | Debtor(s) | Creditor |
|---|---|---|
| 24-22742-GLT | Brandon Antus and Janice Antus | U.S. Bank National Association, as successor in interest to Bank of America National Association, successor by merger to LaSalle Bank National Association, as Trustee for GSAMP Trust 2007-HE1, Mortgage Pass- |
| 24-22816-JAD | Keith Leonard Anderson | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 24-23002-CMB | Jessica Y Parham | Freedom Mortgage Corporation |
| 24-23153-JAD | Toya M. Smith-Williams | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2004-RS10 |
| 24-70472-JAD | Lee M. Hill | Planet Home Lending, LLC |
| 25-10079-CMB | Robert Lee Marsh, Jr. | Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R5 |
| 25-20072-CMB | William J Ringler, III and LuAnn R Ringler | Wells Fargo Bank, N.A. |
| 25-20159-GLT | Jaime M. Bumbernick | Pennsylvania Equity Resources, Inc. |
| 25-20347-JCM | Todd A. Cappetta and Jesseca Taylor Cappetta | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 25-20383-CMB | John P. Martin and Kimberly D. Martin | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 25-20423-CMB | Joie M. Dusold | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 25-20490-JAD | Jarrod N. McManus | Equity Resources |
| 25-20620-CMB | Kevin A. Pettry | AmeriHome Mortgage Company, LLC |
| 25-20733-GLT | Jeremy M. Hadden | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 25-20837-GLT | Natasha D. Perkins | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 25-70018-JAD | Trenton Robert Potts and Lesley Rae Potts | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 25-70020-JAD | Kellie M Flick | Freedom Mortgage Corporation |
| 25-70102-JAD | James J. Collins | Lakeview Loan Servicing, LLC |