| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert L. Johnson III<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7254<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Regina W. Johnson<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2982<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    19–24929–GLT | | |

## Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert L. Johnson III                                 Regina W. Johnson

6/12/25                                                          **By the court:** <u>Gregory L Taddonio</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert L. Johnson, III  
Regina W. Johnson  
    Debtors

Case No. 19-24929-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Jun 12, 2025     Form ID: 3180W     Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Johnson, III, Regina W. Johnson, 1442 Center Street, Pittsburgh, PA 15221-1904 |
| sp | + | Bernard M. Tully, Bernard M. Tully, LLC, The Grant Building, Ste. 3201, 310 Grant St., Pittsburgh, PA 15219-2301 |
| cr | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15177291 | + | Chase Card Services, PO Box 1423, Wilmington, DE 19899-1423 |
| 15177294 | + | Discover Financial, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15177301 | | Mercury/FBT, Attn: Bankruptcy, PO Box 71068, Philadelphia, PA 19176 |
| 15177302 | + | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 15177305 | + | Nissan Motor Acceptance Corporation, PO Box 740956, Cincinnati, OH 45274-0001 |
| 15177306 | + | Nissan-Infinity LT and NILT Inc., PO Box 660360, Dallas, TX 75266-0360 |
| 15177312 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15177313 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15196510 | + | Quicken Loans INC., Bankruptcy Team, 635 Woodward AVE., Detroit MI 48226-3408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 13 2025 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 13 2025 03:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 13 2025 00:06:00 | Citibank, N.A., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | ^ | MEBN | Jun 12 2025 23:59:15 | New Residential Mortgage Loan Trust 2019-1, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | EDI: PRA.COM | Jun 13 2025 03:59:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jun 13 2025 03:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15188528 | + | EDI: PHINAMERI.COM | Jun 13 2025 03:59:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 15282688 | + | EDI: PHINAMERI.COM | Jun 13 2025 03:59:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15285432 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Jun 13 2025 00:18:28 | CITIBANK, N.A., NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |
| 15177289 | + EDI: CAPITALONE.COM | Jun 13 2025 03:59:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15177288 | + EDI: CAPITALONE.COM | Jun 13 2025 03:59:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194230 | EDI: CAPITALONE.COM | Jun 13 2025 03:59:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15198859 | + Email/Text: bankruptcy@cavps.com | Jun 13 2025 00:06:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15177290 | + EDI: JPMORGANCHASE | Jun 13 2025 03:59:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15177292 | + EDI: JPMORGANCHASE | Jun 13 2025 03:59:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15528505 | + Email/Text: bankruptcy@clearviewfcu.org | Jun 13 2025 00:06:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15177296 | EDI: DISCOVER | Jun 13 2025 03:59:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 15179695 | EDI: DISCOVER | Jun 13 2025 03:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15213069 | + Email/Text: kburkley@bernsteinlaw.com | Jun 13 2025 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177298 | + EDI: CITICORP | Jun 13 2025 03:59:00 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15177299 | + EDI: IRS.COM | Jun 13 2025 03:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15208404 | EDI: JEFFERSONCAP.COM | Jun 13 2025 03:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15196309 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15177300 | + Email/Text: Mercury@ebn.phinsolutions.com | Jun 13 2025 00:06:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15201738 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:06:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15208507 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 00:06:00 | New Residential Mortgage Loan Trust 2019-1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15179245 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 00:06:00 | New Residential Mortgage Loan Trust 2019-1, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15177304 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 15190243 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15177303 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | Nissan Motor Acceptance Corporation, PO Box 740596, Cincinnati, OH 45274-0596 |
| 15194114 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15181233 | EDI: AGFINANCE.COM | Jun 13 2025 03:59:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN |

Case 19-24929-GLT   Doc 100   Filed 06/14/25   Entered 06/15/25 00:27:36   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 63 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 15177307 | + | EDI: AGFINANCE.COM | Jun 13 2025 03:59:00 | One Main Financial, Attn: Bankruptcy, Twin Fountain Plaza, 2525 Monroeville Boulevard, Monroeville, PA 15146-2383 |
| 15177308 | + | EDI: AGFINANCE.COM | Jun 13 2025 03:59:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15177310 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank, Attn: Bankruptcy, PO Box 856177, Louisville, KY 40285 |
| 15177309 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15200085 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15508971 | | EDI: PRA.COM | Jun 13 2025 03:59:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15177311 | | Email/Text: banko@preferredcredit.com | Jun 13 2025 00:06:00 | Preferred Credit Inc, PO Box 1970, St Cloud, MN 56302 |
| 15206233 | | Email/Text: banko@preferredcredit.com | Jun 13 2025 00:06:00 | Preferred Credit, Inc., 628 Roosevelt Road, Suite 100, Saint Cloud, MN 56301 |
| 15210439 | | EDI: Q3G.COM | Jun 13 2025 03:59:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15177316 | + | EDI: SYNC | Jun 13 2025 03:59:00 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15177317 | + | EDI: SYNC | Jun 13 2025 03:59:00 | SYNCB/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15177314 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 00:06:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15177315 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 00:06:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15210623 | ^ | MEBN | Jun 12 2025 23:59:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15178013 | ^ | MEBN | Jun 12 2025 23:59:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177319 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15177318 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Synchrony Bank/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 15177320 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Synchrony Bank/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15177321 | + | EDI: SYNC | Jun 13 2025 03:59:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 530942, Atlanta, GA 30353-0942 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan-Infiniti LT |
| cr | | Quicken Loans INC. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 63 |

| | | |
|---|---|---|
| 15177293 | *+ | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15177297 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 15177295 | *+ | Discover Financial, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15199123 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Chandra Marie Arkema | on behalf of Creditor Quicken Loans  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher M. Frye | on behalf of Joint Debtor Regina W. Johnson chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Robert L. Johnson  III chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Nissan-Infiniti LT dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com, logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael John Clark | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@pincuslaw.com |
| Michael John Clark | on behalf of Creditor Quicken Loans  LLC mclark@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Jun 12, 2025 Form ID: 3180W Total Noticed: 63

Steven P Kelly
    on behalf of Creditor New Residential Mortgage Loan Trust 2019-1 skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Quicken Loans INC. pawb@fedphe.com

TOTAL: 14