IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/12/25 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT L. JOHNSON, III
REGINA W. JOHNSON
      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:19-24929

Chapter 13

Related to Docket No. 91

## ORDER OF COURT

AND NOW, this 12th Day of June, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United Sates Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert L. Johnson, III  
Regina W. Johnson  
    Debtors

Case No. 19-24929-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jun 12, 2025      Form ID: pdf900      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Johnson, III, Regina W. Johnson, 1442 Center Street, Pittsburgh, PA 15221-1904 |
| sp | + | Bernard M. Tully, Bernard M. Tully, LLC, The Grant Building, Ste. 3201, 310 Grant St., Pittsburgh, PA 15219-2301 |
| cr | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15177291 | + | Chase Card Services, PO Box 1423, Wilmington, DE 19899-1423 |
| 15177294 | + | Discover Financial, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15177301 | | Mercury/FBT, Attn: Bankruptcy, PO Box 71068, Philadelphia, PA 19176 |
| 15177302 | + | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 15177305 | + | Nissan Motor Acceptance Corporation, PO Box 740956, Cincinnati, OH 45274-0001 |
| 15177306 | + | Nissan-Infinity LT and NILT Inc., PO Box 660360, Dallas, TX 75266-0360 |
| 15177312 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15177313 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15196510 | + | Quicken Loans INC., Bankruptcy Team, 635 Woodward AVE., Detroit MI 48226-3408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jun 13 2025 00:06:00 | Citibank, N.A., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | ^ | MEBN | Jun 12 2025 23:59:16 | New Residential Mortgage Loan Trust 2019-1, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:18:29 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:18:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15188528 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2025 00:06:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 15282688 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2025 00:06:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15285432 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:18:28 | CITIBANK, N.A., NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |
| 15177289 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:18:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15177288 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:18:48 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

Case 19-24929-GLT   Doc 101   Filed 06/14/25   Entered 06/15/25 00:27:36   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 15194230 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:30:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15198859 | + | Email/Text: bankruptcy@cavps.com | Jun 13 2025 00:06:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15177290 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2025 00:43:16 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15177292 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2025 00:18:05 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15528505 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 13 2025 00:06:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15177296 | | Email/Text: mrdiscen@discover.com | Jun 13 2025 00:06:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 15179695 | | Email/Text: mrdiscen@discover.com | Jun 13 2025 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15213069 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 13 2025 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 00:29:56 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15177299 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2025 00:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15208404 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2025 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15196309 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15177300 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 13 2025 00:06:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15201738 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:06:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15208507 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 00:06:00 | New Residential Mortgage Loan Trust 2019-1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15179245 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 00:06:00 | New Residential Mortgage Loan Trust 2019-1, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15177304 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 15190243 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15177303 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | Nissan Motor Acceptance Corporation, PO Box 740596, Cincinnati, OH 45274-0596 |
| 15194114 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 00:06:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15181233 | | Email/PDF: cbp@omf.com | Jun 13 2025 00:18:50 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15177307 | + | Email/PDF: cbp@omf.com | Jun 13 2025 00:18:47 | One Main Financial, Attn: Bankruptcy, Twin Fountain Plaza, 2525 Monroeville Boulevard, Monroeville, PA 15146-2383 |
| 15177308 | + | Email/PDF: cbp@omf.com | Jun 13 2025 00:18:25 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15177310 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 19-24929-GLT    Doc 101    Filed 06/14/25    Entered 06/15/25 00:27:36    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15177309 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank, Attn: Bankruptcy, PO Box 856177, Louisville, KY 40285 |
| 15200085 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15508971 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:06:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| | | | Jun 13 2025 00:18:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15177311 | | Email/Text: banko@preferredcredit.com | Jun 13 2025 00:06:00 | Preferred Credit Inc, PO Box 1970, St Cloud, MN 56302 |
| 15206233 | | Email/Text: banko@preferredcredit.com | Jun 13 2025 00:06:00 | Preferred Credit, Inc., 628 Roosevelt Road, Suite 100, Saint Cloud, MN 56301 |
| 15210439 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:06:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15177316 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 00:18:33 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15177317 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 00:18:12 | SYNCB/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15177314 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 00:06:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15177315 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 00:06:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15210623 | ^ | MEBN | Jun 12 2025 23:59:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15178013 | ^ | MEBN | Jun 12 2025 23:59:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177319 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 00:18:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15177318 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 00:18:10 | Synchrony Bank/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 15177320 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 00:18:47 | Synchrony Bank/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15177321 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 00:18:14 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 530942, Atlanta, GA 30353-0942 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan-Infiniti LT |
| cr | | Quicken Loans INC. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15177293 | *+ | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15177297 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 15177295 | *+ | Discover Financial, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15199123 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 61

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

**Name** — **Email Address**

Andrew L. Spivack
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Chandra Marie Arkema
on behalf of Creditor Quicken Loans LLC tuhawkeye@msn.com, carkema@squirelaw.com

Christopher M. Frye
on behalf of Joint Debtor Regina W. Johnson chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Christopher M. Frye
on behalf of Debtor Robert L. Johnson III chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
on behalf of Creditor Nissan-Infiniti LT dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lorraine Gazzara Doyle
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael John Clark
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@pincuslaw.com

Michael John Clark
on behalf of Creditor Quicken Loans LLC mclark@pincuslaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Steven P Kelly
on behalf of Creditor New Residential Mortgage Loan Trust 2019-1 skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
on behalf of Creditor Quicken Loans INC. pawb@fedphe.com

TOTAL: 14