FILED
11/13/25 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WITHDRAWAL OF APPEARANCES BY RYAN SRNIK IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF ANDREW SPIVACK IN VARIOUS OPEN CASES | Miscellaneous No. 25-00213-glt<br><br>Related Dkt. No. 2 |

### ORDER OF THE COURT

**AND NOW**, this 13th day of November, 2025, upon the consideration of the Omnibus Joint Motion to Withdraw the Appearance of Ryan Srnik and Enter the Appearance of Andrew Spivack, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that the appearance of Ryan Srnik as attorney of record in the attached list of cases is WITHDRAWN; and it is further;

**ORDERED, ADJUDGED, AND DECREED** that the appearance of Andrew Spivack of Brock & Scott, PLLC, is ENTERED as counsel of record for the parties formerly represented by Ryan Srnik in the attached list of cases, Exhibit "A".; and it is further;

**ORDERED, ADJUDGED, AND DECREED** that the individual motions filed in each of the cases attempting to withdraw Ryan Srnik and enter the appearance of Andrew Spivack as listed in the attached list of cases, Exhibit "A" are withdrawn.

Dated: 11/13/25

_____
Gregory L. Taddonio                hct
Chief United States Bankruptcy Judge